### 21231. RICE v. LEWIS *et al.*

QUILLIAN, Justice. Where, as in the case sub judice, the petition alleges that the defendant caused a distress warrant to issue against the plaintiff maliciously and without probable

cause, but fails to allege that the distress-warrant proceedings terminated favorably to the plaintiff, the petition set forth no cause of action in trespass (*Sledge v. McLaren,* 29 Ga. 74; *Parter v. Johnson,* 96 Ga. 148, 23 SE 123; *Fulton Grocery Co. v. Maddox,* 111 Ga. 260, 36 SE 647), or for malicious use of process. *Sparrow v. Weld,* 177 Ga. 134 (169 SE 487). There is a clear distinction between the seizure of property under a valid process, as in this case, and the seizure of property of a person under process which is invalid or void upon its face, or where no process has ever issued against him. *Judgment affirmed. All the Justices concur.*

ARGUED MAY 8, 1961—DECIDED JUNE 8, 1961.

*Aaron Baranan, Merritt & Pruitt,* for plaintiff in error.
*Weldon Shows,* contra.